## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: | Chapter 7 Case |
| KOUBA, MICHAEL A. | Case No. 01-42535 |
| KOUBA, VALERIE A. | Hon. BRUCE BLACK |
| Debtors. | |

## NOTICE OF FILING

To:  ALL ECF REGISTRANTS

**PLEASE BE ADVISED** that on **MARCH 3, 2010**, the undersigned electronically filed with the Clerk of the U.S. Bankruptcy Court for the Northern District of Illinois the attached **TRUSTEE'S AMENDED REPORT OF DEPOSIT OF UNCLAIMED PROPERTY,** a copy of which attached hereto

        /s/ Deborah K. Ebner
        Deborah Kanner Ebner, as Trustee

Deborah K. Ebner (#6181615)
Law Office of Deborah Kanner Ebner
11 East Adams Street
Suite 904
Chicago, Illinois 60603
(312) 922-3838

## CERTIFICATE OF SERVICE

I, DEBORAH KANNER EBNER, hereby certify that on **March 3, 2010**, I caused copies of this Notice and Trustee's Amended Report of Deposit of Unclaimed Property to be served via electronically to those registered to receive such notice for this case.

        /s/Deborah K. Ebner

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: | Chapter 7 Case |
| KOUBA, MICHAEL A. | Case No. 01-42535 |
| KOUBA, VALERIE A. | Hon. BRUCE BLACK |
| Debtors. | |

### TRUSTEE'S AMENDED REPORT OF DEPOSIT OF UNCLAIMED PROPERTY

DEBORAH K. EBNER, Trustee ("Trustee") pursuant to 11 U.S.C. Section 347 and Rule 3011 of the Federal Rules of Bankruptcy Procedure, provides the following amended report of Trustee's Deposit of Unclaimed Property with the Clerk of the United States Bankruptcy Court:

1. On March 5, 2004, an Order for Relief under Chapter 7 was entered. On that date, Trustee was appointed as Trustee of this Estate. Trustee continues to serve in the capacity of Trustee as of the date of this Report.

2. On August 28, 2009, this court entered its order authorizing Trustee to disburse compensation to herself in the amount of $487.50 and to abandon the balance, which amount aggregates $3,692.79 to Debtor.

3. Pursuant to the foregoing Order, Trustee issued a distribution check via United States Mail. Despite reasonable effort, Trustee is unable to locate Debtor and the check remains un-negotiated. Attached hereto and incorporated herein as **Exhibit "A"** is a copy of the order authorizing Trustee to disburse compensation and minimal funds. Attached hereto and incorporated herein as **Exhibit "B"** is Debtor's name and last known address.

5. By reason of the foregoing, Trustee has deposited these funds by payment of same to the Clerk of the United States Bankruptcy Court pursuant to Section 347 of the United States Bankruptcy Code.

    Respectfully submitted,

    /s/Deborah K. Ebner
    DEBORAH K. EBNER, Trustee

Deborah K. Ebner (ARDC No. 6181615)
11 East Adams Street
Suite 904
Chicago, IL  60603
(312) 922-3838